# Third District Court of Appeal

## State of Florida

Opinion filed November 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-183
Lower Tribunal Nos. 2001864218, 13230002145FC

_____

**Saul Augusto Ojeda Egui,**
Appellant,

vs.

**Department of Revenue, Child Support Program, et al.,**
Appellees.


An Appeal from the State of Florida Department of Revenue, Child Support Program.

Saul Augusto Ojeda Egui, in proper person.

Ashley Moody, Attorney General and Toni C. Bernstein, Sr. Assistant Attorney General (Tallahassee), for appellee Florida Department of Revenue.


Before LOGUE, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Chavez v. Dep't of Revenue, Child Support Program,

49 Fla. L. Weekly D1756, D1756 (Fla. 3d DCA Aug. 21, 2024) ("Although the Father provided his financial information to the Department, he did not request an administrative hearing and therefore failed to fully participate in the proceedings below. By waiving his right to a hearing, the Father waived his ability to challenge the sufficiency of the evidence to support the Department's determination of his child support obligations."); see also § 742.10(4), Fla. Stat. (2024) ("[A] signed voluntary acknowledgment of paternity shall constitute an establishment of paternity and may be challenged in court only on the basis of fraud, duress, or material mistake of fact, with the burden of proof upon the challenger . . . ."); § 742.18(1), Fla. Stat. (2024) ("[E]stablish[ing] circumstances under which a male may disestablish paternity or terminate a child support obligation when the male is not the biological father of the child.").